# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 2:22-CR-243 |
| v. | JUDGE Marbley |
| JAMES C. SMITH, JR. | INDICTMENT |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| | FORFEITURE ALLEGATION |

FILED
RICHARD W. NAGEL
CLERK OF COURT
2022 DEC 20 PM 2:14

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Possession of a Firearm by a Convicted Felon)

On or about May 31, 2022, in the Southern District of Ohio, Defendant **JAMES C. SMITH, JR.**, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm—namely, a Smith and Wesson SD9VE 9mm pistol bearing serial number FZE9372—said firearm having been shipped and transported in interstate commerce.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).**

## FORFEITURE ALLEGATION

1. The allegations of this Indictment are hereby incorporated and realleged herein.

2. Upon conviction of the offense alleged in Count 1 of this Indictment, Defendant **JAMES C. SMITH, JR.**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in such offense, including, but not limited to, a Smith and Wesson SD9VE 9mm pistol bearing serial number FZE9372, and approximately 17 rounds of ammunition that were loaded in the pistol at the time of its seizure.

Forfeiture notice in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/Foreperson
**FOREPERSON**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

**PETER K. GLENN-APPLEGATE (0088708)**
**Assistant United States Attorney**